# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand twenty-five,

| | |
|---|---|
| Marina Perez, as Parent and Natural Guardian of C.P. and Individually, | **ORDER**<br>Docket No. 24-2844 |
|   Plaintiff - Appellant, | |
| v. | |
| David C. Banks, in his official capacity as Chancellor of New York City Department of Education, New York City Department of Education, | |
|   Defendants - Appellees. | |

  Counsel for Appellee Banks, et al., has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 24, 2025, as the brief filing date.

  It is HEREBY ORDERED that Appellees brief must be filed on or before April 24, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Banks, et al., will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

              For The Court:
              Catherine O'Hagan Wolfe,
              Clerk of Court

