

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

CHLOE K. MOON
*Assistant Corporation Counsel*
Phone: 212-356-2611
cmoon@law.nyc.gov

June 13, 2025

Hon. Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Perez v. Banks*, Docket No. 24-2844

To the Hon. Clerk of the Court:

I write to alert the Court to additional dates that I am unavailable to argue this matter. In addition to those listed in the Oral Argument Statement (June 20, 27, July 3, 4, 18, 25, and August 1, 22, 29), I am unavailable to argue this matter on July 15-21, 25, September 12, 19-29, October 10-17, and November 7-11.

Thank you for your consideration.

Respectfully submitted,

MURIEL GOODE-TRUFANT
*Corporation Counsel*
*of the City of New York*
Attorney for Appellees

By: _____

Chloé K. Moon
Assistant Corporation Counsel

cc: Rory J. Bellantoni
*Attorney for Appellant*